IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR No.: 3:07-1521-JFA |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DEONTA LAMONT CARPENTER | ) | |
| _____ | ) | |

This matter is before the court upon defendant's motion for copies of his September 20, 2011 evidentiary hearing transcript. The defendant indicates that he needs these documents to prepare a "petition on certiorari" and cannot afford to pay for them.

The record reflects that the defendant's motion under 28 U.S.C. § 2255 was denied by this court on September 23, 2011. That matter was appealed by the defendant and dismissed by the Fourth Circuit Court of Appeals on February 27, 2012.

Because there is no matter presently pending before this court and the defendant has shown no good cause for entitlement to free copies, the motion to reconsider (ECF No. 606) is denied.

The defendant may write the court reporter, Gary Smith, to inquire as to what the cost would be to have the hearing transcribed. His address is 901 Richland Street, Columbia, South Carolina 29201.

IT IS SO ORDERED.

Joseph F. Anderson, Jr.
United States District Judge

March 23, 2012
Columbia, South Carolina